AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 5:19-mj-18 | Date and time warrant executed: 1/25/19 1635HRS | Copy of warrant and inventory left with: ZACHARIAH RICHARDS |
|---|---|---|

Inventory made in the presence of :
RCPD DET. STAUFFACHER

Inventory of the property taken and name of any person(s) seized:

PLEASE SEE ATTACHED EVIDENCE INVENTORY RECEIPT

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/29/19

_Elliott R Harding_
Executing officer's signature

ELLIOTT HARDING (DETECTIVE)
Printed name and title

# South Dakota Division Of Criminal Investigation
## Office Of Attorney General

| Copy Distribution | |
|---|---|
| White | - To Case File |
| Canary | - To Case Subject |
| Pink | - To Evidence Custodian |

Page 1 of 1

## Evidence Inventory And Receipt

Case Number: 19-200590  
Case Agent: Det Harding  
Time Search Initiated: 1635  
Time Search Terminated: 1737  
Subject(s) Name: Jeremiah Richardson  
Address/Place of Search/Seizure: 116½ E College St

| Exhibit No. | Description & List of Evidence | Found By | Location Property or Evidence Found/Rec'd |
|---|---|---|---|
| 1 | iphone | CS | B)Bedroom Top drawer dresser |
| 2 | dream tab | CS | " |
| 3 | Sandisk 32GB | CS | " |
| 4 | iphone | EH | Taken From Jeremiah |

Received From: (Signature)  
Date: _____ Time: _____

Submitted By: (Agent's Signature)  
Date: 1-25-19   Time: 1740

Received By: (Signature)  
Date: _____ Time: _____

Received By: (Evidence Custodian Signature)  
Date: _____ Time: _____